1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ANDREAU GERALD WILSON,

10              Plaintiff,                    No. CIV S-07-0650 DFL KJM P

11         vs.

12   PEOPLE OF THE STATE OF
     CALIFORNIA,
13
                Defendant.                   ORDER
14   _____/

15              Plaintiff, a state prisoner at San Quentin State Prison, has filed a document styled

16   "motion," seeking appointment of counsel.  No other pleadings have been filed by the plaintiff.

17   In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the

18   Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an

19   application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).

20   The court will not issue any orders granting or denying relief until an action has been properly

21   commenced.  Therefore, plaintiff's motion will be denied without prejudice.  Plaintiff will be

22   provided the opportunity to file his complaint, and to submit an application requesting leave to

23   proceed in forma pauperis or to submit the appropriate filing fee.

24   /////

25   _____

26         [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

                                              1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Plaintiff's April 4, 2007 motion to appoint counsel is denied without prejudice;

3    2.  Plaintiff is granted thirty days from the date of service of this order to file a

4    complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

5    Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

6    this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

7    submit, within thirty days from the date of this order, the application to proceed in forma

8    pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

9    Plaintiff's failure to comply with this order will result in a recommendation that this matter be

10   dismissed; and

11   3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

12   civil rights action, and the application to proceed in forma pauperis by a prisoner.

13   DATED:  April 25, 2007.

14   _____
     U.S. MAGISTRATE JUDGE
15

16   /mp
     wils0650.nocmp
17

2