IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAU GERALD WILSON,<br><br>             Plaintiff,<br><br>     vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>             Defendant. | Case No. 2:07-cv-00650 JKS KJM P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On June 15, 2007, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has not filed objections to the findings and recommendations.

    Specifically, the magistrate judge recommended that Plaintiff's application to proceed in forma pauperis be denied and the action dismissed because Plaintiff's claims are frivolous. The Court has reviewed Plaintiff's "complaint," which is essentially blank, and the accompanying incomprehensible pleading, and concurs with the magistrate judge that the proposed action is completely frivolous. Plaintiff, who styles himself "Law Enforcement Officer of the National Security Force UN Indigenous Nation No. 1," has submitted a complaint falling into the sad

1

category of claims "describing fantastic or delusional scenarios." *See Neitzke v. Williams*, 490 U.S. 319, 328 (1989). Having reviewed the file and found the findings and recommendations to be supported by the record and by the magistrate judge's analysis, dismissal is appropriate.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed June 15, 2007, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis is denied;
3. This action is dismissed; and
4. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER

2